UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8163 CAS (RCx) | Date | May 5, 2008 |
|---|---|---|---|
| Title | WAYPOINT BIOMEDICAL, INC. v. CONVENIENCE STORE BROKERS, INC. dba TNT NATIONAL CONVENIENCE STORE BROKER (AND RELATED COUNTERCLAIM) | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | LAURA ELIAS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Dapeer | Troy McMahan |

**Proceedings:**   PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO ADD PARTY DEFENDANTS (filed 04/07/08)

Plaintiff and counter-defendant Waypoint Biomedical, Inc. ("Waypoint") filed the instant motion to add party defendants on April 7, 2008. Defendant Convenience Store Brokers, Inc., d/b/a/ TNT National Convenience Store Broker ("TNT"), filed an opposition thereto on April 15, 2008. On May 4, 2008, Waypoint filed a reply. A hearing was held on May 5, 2008.

Waypoint seeks to add Cheryl Hudgins ("Hudgins"), an account executive for TNT, and Kenneth Fries ("Fries"), TNT's president, as party defendants. TNT objects that this request is improper because the cutoff date for adding parties -- March 17, 2008 -- has passed, and Waypoint has failed to show good cause for seeking to add parties after this deadline. Additionally, TNT argues that it would be futile to add these party defendants.

During oral argument, counsel for Waypoint stated that he did not learn of the basis for its fraud claim against Hudgins and Fries until he reviewed e-mails obtained from TNT as part of its initial disclosures. Counsel argued that these e-mails revealed, for the first time, the scope and nature of the alleged misrepresentations made by these individuals.

The Court finds and concludes that Waypoint has shown good cause for adding these individual defendants after the cutoff date for adding parties. With respect to TNT's arguments regarding the futility of adding these party defendants, these arguments

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

o

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8163 CAS (RCx) | Date | May 5, 2008 |
|---|---|---|---|
| Title | WAYPOINT BIOMEDICAL, INC. v. CONVENIENCE STORE BROKERS, INC. dba TNT NATIONAL CONVENIENCE STORE BROKER (AND RELATED COUNTERCLAIM) | | |

are more appropriately addressed in a subsequent motion.

Because trial is set for October 7, 2008, adding party defendants at this stage does not necessitate changes to the calendar in this action.

Accordingly, the Court GRANTS Waypoint's motion to add party defendants.

IT IS SO ORDERED.

|  | 00 | : | 08 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |